UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

THOMAS HUNGERFORD,

   Defendant.
_____/

Case No. 1:24-mj-212

COMPLAINT
**PENALTY SHEET**

Hon. Ray Kent
U.S. Magistrate Judge

**Distribution of Child Pornography – 18 U.S.C. § 2252A(a)(2)(A)**
**Minimum Penalty:** 5 years [18 U.S.C. § 2252A(b)(1)]
**Maximum Penalty:** 20 years and $250,000 fine [18:3571; Class C felony, 18:3559]
**Minimum Supervised Release:** 5 years [18:3583(k)]
**Maximum Supervised Release:** Life [18 U.S.C. § 3583]
**Restitution:** Mandatory [18:3663A]
**Special Assessments**: $100, $5,000, and up to $35,000 [18 U.S.C. §§ 3013, 3014, and 2259A]
**Other**: Sex Offender Registration


Date: May 24, 2024        */s/ Jonathan Roth*
             Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046